USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
 :
EVELINA CALCANO, :
                      Plaintiff, :
 :
        -against- : 21-CV-6973 (VSB)
 :
RV SKINCARE LLC, : **ORDER**
 :
                     Defendant. :
 :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on August 18, 2021.  (Doc. 1.)  On August 30, 2021, Plaintiff filed an affidavit of service indicating that Defendant were served on August 25, 2021.  (Doc. 6.) Defendant's answer was due on September 15, 2021.  (*See id.*)  To date, Defendant has not appeared or responded to the complaint.  Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 5, 2021.  If Plaintiff fails to do so or otherwise demonstrate her intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 21, 2021
             New York, New York

                                                            _____
                                                             VERNON S. BRODERICK
                                                             United States District Judge