UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EVELINA CALCNO, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

     Plaintiff,

    v.

RV SKINCARE LLC,

     Defendant.

------------------------------------x

No.: <u>1:21-cv-6973</u>

ECF CASE

**<u>STIPULATION OF DISMISSAL</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, EVELINA CALCANO and Defendant, RV SKINCARE LLC, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
   January 13, 2022

GOTTLIEB & ASSOCIATES
_/s/ Jeffrey Gottlieb_
Jeffrey A. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiff*

Newman, Simpson & Cohen, LLP
_/s/ Daniel Jay Cohen_
Daniel Jay Cohen
32 Mercer Street
Hackensack, NJ 07601
Phone:(201)-487-0200
Fax: (201)-487-8570
Dcohen@newmansimpson.Com

*Attorney for Defendant*